IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CALVIN PAUL VERDUN | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:09CV169 LG-RHW |
| | § | |
| SHERIFF DAVID ALLISON, ET AL. | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(1)(B)(ii) for failure to state a claim upon which relief may be granted.

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE